CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT 21 2013
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

GREGORY S. HINES,           )        Civil Action No. 7:13-cv-00288
    Plaintiff,          )
                        )
v.                          )        **ORDER**
                        )
WARDEN RANDALL MATHENA, <u>et al.</u>, )   By:   Hon. Jackson L. Kiser
    Defendants.         )        Senior United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion to amend is **DENIED**; Defendants' motion to dismiss is **GRANTED**; and

the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to the parties.

**ENTER**: This 21st day of October, 2013.

Senior United States District Judge